**Katie Lehman, complainant and cross defendant, appellant, v. Julius Lehman, defendant and cross complainant, appellee. Gen. No. 25,505.**

Bill for divorce on grounds of cruelty and desertion. Cross-bill on grounds of cruelty and adultery. Decree on cross-bill. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded with directions. Opinion filed December 22, 1920.

Erbstein & Selleck, for appellant. Joseph D. Irose, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Anna Keating Donahue, appellee, v. Anthony D'Andrea, appellant. Gen. No. 25,546.**

Action to recover for injuries to person struck by automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

William Navigato, for appellant; Charles N. Goodnow, of counsel. John E. Crahen, for appellee; George E. Gorman, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**C. A. Marsh and Mary Bim Marsh, appellees, v. Fashion Automobile Station, appellant. Gen. No. 25,555.**

Motion to vacate default judgment. Motion denied. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

John A. Bloomingston, for appellant; Charles Berger, of counsel. No appearance for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**T. W. Bardach, appellee, v. F. M. Smiley, appellant. Gen. No. 25,595.**

Action for damages to automobile caused by collision with another. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Samuel G. Hamblen, for appellant. Haight, Adcock, Haight and Harris, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.